FILED

10/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0551

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0551

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                                    O R D E R

MARGARET BEAR,

Defendant and Appellant.

_____

Appellant, through counsel, has filed a Motion to Withdraw Appeal in this matter. Good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED and this matter is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Clerk shall give notice of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 8 2021